UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JOSHUA THOMAS WALKER,

      PLAINTIFF,

                    CASE NO. 2:15-CV-558
                    CHIEF JUDGE EDMUND A. SARGUS, JR.
v.                MAGISTRATE JUDGE ELIZABETH P. DEAVERS

COMMISSIONER OF
SOCIAL SECURITY,

      DEFENDANT.

## ORDER

On February 22, 2016, the Magistrate Judge issued a Report and Recommendation concluding that the decision of the Commissioner of Social Security to deny disability benefits to the Plaintiff, Joshua Thomas Walker, should be affirmed. Thereafter, Walker filed a timely objection, seeking review by the undersigned.

This Court has carefully reviewed the objections and nonetheless finds that the recommendation of the Magistrate Judge should be adopted.

The Court ADOPTS the Report and Recommendation and AFFIRMS the decision of the Commissioner of Social Security denying benefits to the Plaintiff.

IT IS SO ORDERED.

3-30-2016
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE